LONGYEAR, LAVRA & CAHILL, LLP
Nicole M. Cahill, CSB No.: 287165
Alexander Mahoney, CSB No.: 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: cahill@longyearlaw.com
         mahoney@longyearlaw.com

Attorneys for Defendants,
County of Sacramento [also sued as Sacramento
County Probation Department and Sacramento
County Sheriff's Department], Jim Cooper, and
Melissa Ann Propps

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| MAKSIM YARMALIUK | Case No.: 2:25-CV-01545-TLN-AC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| COUNTY OF SACRAMENTO, JIM COOPER, MELISSA ANN PROPPS, SACRAMENTO COUNTY PROBATION DEPARTMENT, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT | |
| Defendants. | |

Under Federal Rules of Civil Procedure 16(b)(1)(A) and Local Rule 143, the parties, through counsel, stipulate to and hereby respectfully request a modification of this Court's scheduling order. Pursuant to the Court's Initial Scheduling Order (ECF No. 11), the current schedule is as follows:

- Non-Expert Discovery Cut-off: May 15, 2026;

- Expert Disclosures: June 15, 2026;

- Supplemental Expert Disclosures: June 29, 2026;

- Expert Discovery Cut-Off: July 29, 2026;

- Dispositive Motion Deadline: September 29, 2026.

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER

The parties in this case request an extension of the current schedule. The respective deadlines would thus be as follows:

- Non-Expert Discovery Cut-off: September 18, 2026;
- Expert Disclosures: October 16, 2026;
- Supplemental Expert Disclosures: November 20, 2026;
- Expert Discovery Cut-Off: December 15, 2026;
- Dispositive Motion Deadline: January 11, 2027.

A scheduling order may only be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. Proc. 6(b)(1)(A); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609.

Plaintiff served Defendants with his initial disclosures on July 21, 2025. Defendants served their initial disclosures on Plaintiff on August 18, 2025. (Declaration of Alexander Mahoney ("Mahoney Decl.") ¶ 2.) Plaintiff served Defendants with written discovery on September 16, 2025. (Mahoney Decl., ¶ 3.) Plaintiff's initial written discovery included a request for production of documents. (Mahoney Decl., ¶ 4.) Plaintiff has subsequently served multiple rounds of additional discovery on Defendants. (Mahoney Decl., ¶ 5.) On March 19, 2026, the parties met and conferred regarding discovery in this case and Plaintiff's intent to file a first amended complaint. (Mahoney Decl., ¶ 6.) Considering the volume of discovery Plaintiff has served on Defendants as well as the discovery the parties still plan to conduct, the parties have agreed to seek an extension of the current scheduling order. (Mahoney Decl., ¶ 7.) This extension is intended to allow the parties to complete discovery and resolve any outstanding disputes. (Mahoney Decl., ¶ 8.) For these reasons, good cause exists to modify the Court's scheduling order, including both the deadlines identified above and any related dates.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER

IT IS SO STIPULATED.

Dated: April 27, 2026                    LONGYEAR, LAVRA & CAHILL, LLP


By:   /s/ Alexander Mahoney
        NICOLE M. CAHILL
        ALEXANDER MAHONEY
        Attorneys for Defendants,
        County of Sacramento, Jim Cooper
        and Melissa Dawn Propps


Dated: April 27, 2026                    PLAINTIFF IN PRO SE


By:
        MAKSIM YARMALIUK, Plaintiff

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER

**[~~PROPOSED~~] ORDER**

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 11) is GRANTED.

The relevant deadlines are ordered as follows:

- o   Non-Expert Discovery Cut-off: September 18, 2026;
- o   Expert Disclosures: October 16, 2026;
- o   Supplemental Expert Disclosures: November 20, 2026;
- o   Expert Discovery Cut-Off: December 15, 2026;
- o   Dispositive Motion Deadline: January 11, 2027.

DATED: April 28, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER