**MAKSIM YARMALIUK**
9229 Palmerson Dr.
Antelope, CA 95843
Phone Number: (916) 475-2352
Email: 296maksim@gmail.com

MAKSIM YARMALIUK
PLAINTIFF IN PRO PER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MAKSIM YARMALIUK,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SACRAMENTO COUNTY PROBATION DEPARTMENT, JIM COOPER, MELISSA ANN PROPPS, DOES 1 to 120, inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-01545-TLN-AC<br><br>[~~PROPOSED~~] ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>**DATE: May 27, 2026**<br>**TIME: 10:00 a.m.**<br><br>Judge: Hon. Allison Claire<br>Courtroom: 26, 8th Floor<br>Action Filed: June 3, 2025<br>Trial Date: May 10, 2027 |

1.      Plaintiff MAKSIM YARMALIUK's Motion for Leave to File First Amended Complaint came before the Court. The Court has reviewed the Motion, the Memorandum of Points and Authorities, the Declaration of Maksim Yarmaliuk, the proposed First Amended Complaint lodged therewith, and the full record in this action. Good cause having been shown:

//

//

- 1 -
[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

IT IS ORDERED that the Motion is GRANTED.

1. Plaintiff shall file the First Amended Complaint, in the form lodged with this Motion, within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**

DATED: May 29, 2026

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT