LONGYEAR, LAVRA & CAHILL, LLP
Nicole M. Cahill, CSB No.: 287165
Alexander Mahoney, CSB No.: 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: cahill@longyearlaw.com
mahoney@longyearlaw.com

Attorneys for Defendants,
County of Sacramento [also sued as Sacramento County Probation Department and Sacramento County Sheriff's Department], Jim Cooper, Melissa Dawn Propps [erroneously sued as Melissa Ann Propps], Monica Bustamante, and Chansavang Oriyavong

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| MAKSIM YARMALIUK<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SACRAMENTO COUNTY PROBATION DEPARTMENT, JIM COOPER, MELISSA DAWN PROPPS, MONICA BUSTAMANTE, CHANSAVANG ORIYAVONG,<br><br>Defendants. | Case No.: 2:25-CV-01545-TLN-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE SCHEDULING ORDER** |

Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties stipulate to and hereby respectfully request a modification of this Court's scheduling order. Pursuant to the Court's operative Scheduling Order (ECF No. 20), the current schedule is as follows:

- Non-Expert Discovery Cut-off: September 18, 2026;
- Expert Disclosures: October 16, 2026;
- Supplemental Expert Disclosures: November 20, 2026;
- Expert Discovery Cut-Off: December 15, 2026;
- Dispositive Motion Deadline: January 11, 2027.

The parties in this case request an extension of the current schedule. The respective deadlines would thus be as follows:

- Non-Expert Discovery Cut-off: April 30, 2027;
- Expert Disclosures: May 31, 2027;
- Supplemental Expert Disclosures: June 30, 2027;
- Expert Discovery Cut-Off: July 30, 2027;
- Dispositive Motion Deadline: September 30, 2027.

A scheduling order may only be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. Proc. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609.

Plaintiff has propounded multiple sets of written discovery, including requests for production, interrogatories, and requests for admission, since August 2025. (Declaration of Alexander Mahoney ("Mahoney Decl."), ¶ 2.) Defendants have served responses and produced documents. (Mahoney Decl., ¶ 3.) On June 3, 2026, Plaintiff filed a First Amended Complaint adding two new defendants: Deputy Monica Bustamante and Deputy Chansavang Oriyavong. (ECF No. 23.) Defendants answered Plaintiff's FAC on June 17, 2026. (ECF No. 25.) On July 15, 2026, the parties met and conferred about the future of discovery and the possibility of settlement. (Mahoney Decl., ¶ 4.) During their conference the parties agreed that the addition of new defendants and the scope of outstanding discovery disputes warranted a request to modify the scheduling order. (Mahoney Decl., ¶ 5.) The parties' progress in discovery has been stymied by not only the addition of two new defendants, but also statutory and practical restrictions on juvenile records, the volume of Plaintiff's requests, and the corresponding volume of potentially responsive documents. (Mahoney Decl., ¶ 6.)

This extension is intended to allow the parties to resolve outstanding discovery disputes, conduct additional discovery, and discuss the possibility of settlement. (Mahoney

Decl., ¶ 7.) For these reasons, good cause exists to modify the Court's scheduling order, including both the deadlines identified above and any related dates.

IT IS SO STIPULATED.

Dated: August 31, 2026

LONGYEAR, LAVRA & CAHILL, LLP

By: *_/s/ Alexander Mahoney_*
NICOLE M. CAHILL
ALEXANDER MAHONEY
Attorneys for Defendants,
County of Sacramento, Jim Cooper, Melissa Dawn Propps, Monica Bustamante, and Chansavang Oriyavong

Dated: August 31, 2026

PLAINTIFF IN PRO SE

By:______________________________
MAKSIM YARMALIUK, Plaintiff

**[~~PROPOSED~~] ORDER**

Good cause appearing, the parties' stipulated request to modify the Court's operative Scheduling Order (ECF No. 20) is GRANTED.

The relevant deadlines are ordered as follows:

- Non-Expert Discovery Cut-off: April 30, 2027;
- Expert Disclosures: May 31, 2027;
- Supplemental Expert Disclosures: June 30, 2027;
- Expert Discovery Cut-Off: July 30, 2027; and
- Dispositive Motion Deadline: September 30, 2027.

DATED: September 2, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE